SAMUEL KASTENBAUM, Respondent, v. DIRECTOR-GENERAL OF RAILROADS,

---

* Amd. by Laws of 1916, chap. 550. Since amd. by Laws of 1921, chap. 476.— [REP.

App. Div.]         Fourth Department, January, 1922.

Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.